# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

Aya Healthcare, Inc.
Plaintiff

v.

3:24-cv-000390-B
Civil Action No.

Ralph de la Torre and Medical Properties Trust
Defendant

**CERTIFICATE OF INTERESTED PERSONS/DISCLOSURE STATEMENT**

(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2,

_____

provides the following information:

    For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
*Please separate names with a comma. Only text visible within box will print.*

None

    A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
*Please separate names with a comma. Only text visible within box will print.*

Steward Health Care System LLC

| | |
|---|---|
| Date: | 5/6/2024 |
| Signature: | Will Thompson |
| Print Name: | Will Thompson |
| Bar Number: | 24094981 |
| Address: | 3100 McKinnon St, Suite 1125 |
| City, State, Zip: | Dallas, Texas 75201 |
| Telephone: | (469) 902-3600 |
| Fax: | (469) 902-3610 |
| E-Mail: | willthompson@quinnemanuel.com |

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil => Other Documents => Certificate of Interested Persons/Disclosure Statement.