IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| AYA HEALTHCARE, INC., *Plaintiff*, v. RALPH DE LA TORRE and MEDICAL PROPERTIES TRUST, INC., *Defendants*. | Case No. 3:24-cv-00390-B |

## STIPULATION TO STAY ACTION IN ITS ENTIRETY

Plaintiff Aya Healthcare, Inc. ("Plaintiff"), on the one hand, and Defendants Ralph de la Torre and Medical Properties Trust, Inc. ("MPT" and, together with Dr. de la Torre and Aya, the "Parties"), on the other hand, hereby stipulate and agree as follows:

WHEREAS, on February 19, 2024, Plaintiff commenced the above-captioned action (the "Action") by filing the initial Complaint [Docket No. 1];

WHEREAS, on February 20, 2024, Plaintiff filed the operative First Amended Complaint [Docket No. 4] (the "FAC");

WHEREAS, on May 3, 2024, Dr. de la Torre and MPT timely filed their respective answers to the FAC [Docket Nos. 28 & 30];

WHEREAS, on May 6, 2024 (the "Petition Date"), Steward Health Care System LLC and certain of its affiliates (collectively, "Steward") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of Texas. Steward's chapter 11 cases are being jointly administered under lead Case No. 24-90213 (CML); and

WHEREAS, the Parties have conferred, and they acknowledge and agree that as of the

Petition Date this Action is subject to the automatic stay under section 362(a) of the Bankruptcy Code.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED between the Parties, by and through their counsel of record, that:

This Action is stayed in its entirety pending further order of this Court.

*[Signature pages follow]*

Dated: May 28, 2024

/s/ *Elizabeth M. Chiaviello*
Peter A. Moir
Texas Bar No. 14254500
peter.moir@morganlewis.com
Elizabeth M. Chiaviello
Texas Bar No. 24088913
elizabeth.chiaviello@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
1717 Main Street, Suite 3200
Dallas, TX 75201-7347
Telephone: (214) 466-4000
Facsimile: (214) 466-4001

Charles L. Solomont*
Massachusetts Bar No. 557190
carl.solomont@morganlewis.com
Andrew J. Gallo*
Massachusetts Bar No. 645739
andrew.gallo@morganlewis.com
Michael C. Polovich,*
Massachusetts Bar No. 708139
michael.polovich@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
One Federal Street
Boston, MA 02110-1726
Telephone: (617) 341-7700
Facsimile: (617) 341-7701

***Admitted pro hac vice**

*Attorneys For Plaintiff Aya Healthcare, Inc.*

/s/ *Samuel M. Kidder (with permission)*
**GRAY REED & MCGRAW LLP**
Scott Funk
State Bar No. 7550900
London England
State Bar No. 24110313
1601 Elm Street, Suite 4600
Dallas, Texas 75201
Telephone: (214) 954-4135
Facsimile: (214) 953-1332
Email: sfunk@grayreed.com
lengland@grayreed.com

**KTBS LAW LLP**
David M. Stern *(pro hac vice)*
California Bar No. 67697
Samuel M. Kidder *(pro hac vice)*
California Bar No. 284015
1801 Century Park East, 26th Floor
Los Angeles, California 90067
Telephone: (310) 407-4000
Facsimile: (310) 407-9090
Email: dstern@ktbslaw.com
skidder@ktbslaw.com

***Attorneys For Defendant Medical Properties Trust, Inc.***


/s/ *William B. Thompson (with permission)*
**QUINN EMANUEL URQUHART & SULLIVAN LLP**
Anthony A. Bongiorno *(pro hac vice)*
Massachusetts Bar No. 554356
William B. Thompson
Texas Bar No. 24094981
3100 McKinnon St, Suite 1125
Dallas, Texas 75201
Telephone: (469) 902-3600
Facsimile: (469) 902-3610
Email: willthompson@quinnemanuel.com

**QUINN EMANUEL URQUHART & SULLIVAN LLP**
Anthony A. Bongiorno
Massachusetts Bar No. 554356

        111 Huntington Ave., Suite 520  
        Boston, MA 02199  
        Telephone:  (617) 712-7115  
        Facsimile:   (617) 712-7200  
        Email:  
           anthonybongiorno@quinnemanuel.com

***Attorneys For Defendant Ralph de la Torre***

## CERTIFICATE OF SERVICE

I certify that on May 28, 2024, the foregoing document was filed and served using the Court's ECF system.

        */s/ Elizabeth M. Chiaviello*  
        Elizabeth M. Chiaviello