IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| AYA HEALTHCARE, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> RALPH DE LA TORRE and MEDICAL PROPERTIES TRUST, INC., <br><br> *Defendants*. | Case No. 3:24-cv-00390-B |

**JOINT STATUS REPORT IN RESPONSE TO ECF NO. 34**

On May 28, 2024, the parties to the above captioned action filed their Stipulation to Stay Action in Its Entirety (ECF No. 33), requesting that this case be stayed as a result of Steward Health Care Systems, LLC and certain of its affiliates filing for Chapter 11 bankruptcy. *See In re: Steward Health Care System, LLC, et al.*, Case No. 24-90213 (Bankr. S.D. Tex.) (the "Steward Bankruptcy").

The Court, at ECF No. 34, stayed this action and further ordered the parties to submit a status report every 60 days. Accordingly, the parties hereby jointly submit this Third Joint Status Report in Response to ECF No. 34.

The Steward Bankruptcy is still pending and has not concluded. The stay has not been lifted. The parties will submit another status report in 60-days per the Court's order.

Defendant Medical Properties Trust, Inc. ("MPT") contends that all claims asserted against MPT in this action were released pursuant to a global settlement agreement entered in the Steward Bankruptcy (the "Bankruptcy Settlement"), which was approved by the Bankruptcy Court on September 18, 2024 and took effect no later than November 20, 2024. Counsel for the Plaintiff is in the process of reviewing the Bankruptcy Settlement and related documentation. The parties agree that the stay of this action shall not preclude any party (whether consensually or on a contested

basis) from dismissing or seeking dismissal of the Complaint based on the Bankruptcy Settlement or taking any other action in this Court related to the Bankruptcy Settlement.

*[Signature pages follow]*

| | |
|---|---|
| Dated: December 2, 2024 | */s/ Peter A. Moir*<br>Peter A. Moir<br>Texas Bar No. 14254500<br>peter.moir@morganlewis.com<br>**MORGAN, LEWIS & BOCKIUS LLP**<br>1717 Main Street, Suite 3200<br>Dallas, TX 75201-7347<br>Telephone: (214) 466-4000<br>Facsimile: (214) 466-4001<br><br>Charles L. Solomont*<br>Massachusetts Bar No. 557190<br>carl.solomont@morganlewis.com<br>Andrew J. Gallo*<br>Massachusetts Bar No. 645739<br>andrew.gallo@morganlewis.com<br>Michael C. Polovich,*<br>Massachusetts Bar No. 708139<br>michael.polovich@morganlewis.com<br>**MORGAN, LEWIS & BOCKIUS LLP**<br>One Federal Street<br>Boston, MA 02110-1726<br>Telephone: (617) 341-7700<br>Facsimile: (617) 341-7701<br><br>***Admitted pro hac vice***<br><br>***Attorneys For Plaintiff Aya Healthcare, Inc.*** |

*/s/ London England (w/ permission)*
**GRAY REED & MCGRAW LLP**
Scott Funk
State Bar No. 7550900
London England
State Bar No. 24110313
1601 Elm Street, Suite 4600
Dallas, Texas 75201
Telephone:  (214) 954-4135
Facsimile:  (214) 953-1332
Email:          sfunk@grayreed.com
                    lengland@grayreed.com

**KTBS LAW LLP**
David M. Stern *(pro hac vice)*
California Bar No. 67697
Samuel M. Kidder *(pro hac vice)*
California Bar No. 284015
1801 Century Park East, 26th Floor
Los Angeles, California 90067
Telephone:  (310) 407-4000
Facsimile:  (310) 407-9090
Email:          dstern@ktbslaw.com
                    skidder@ktbslaw.com

***Attorneys For Defendant Medical Properties Trust, Inc.***


*/s/ Will Thompson (w/ permission)*
**QUINN EMANUEL URQUHART & SULLIVAN LLP**
Will Thompson
3100 McKinnon St, Suite 1125
Dallas, Texas 75201
Telephone:  (469) 902-3600
Facsimile:  (469) 902-3610
Email:          willthompson@quinnemanuel.com

***Attorneys For Defendant Ralph de la Torre***

## CERTIFICATE OF SERVICE

    I certify that on December 2, 2024, the foregoing was filed and served using the Court's ECF system.

                                                     */s/ Peter A. Moir*
                                                      Peter A. Moir