IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| AYA HEALTHCARE, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> RALPH DE LA TORRE and MEDICAL PROPERTIES TRUST, INC., <br><br> *Defendants*. | Case No. 3:24-cv-00390-B |

**JOINT STATUS REPORT IN RESPONSE TO ECF NO. 34**

On May 28, 2024, the parties to the above captioned action filed their Stipulation to Stay Action in Its Entirety (ECF No. 33), requesting that this case be stayed as a result of Steward Health Care Systems, LLC and certain of its affiliates filing for Chapter 11 bankruptcy. *See In re: Steward Health Care System, LLC, et al.*, Case No. 24-90213 (Bankr. S.D. Tex.) (the "Steward Bankruptcy").

The Court, at ECF No. 34, stayed this action and further ordered the parties to submit a status report every 60 days. Accordingly, the parties hereby jointly submit this Fourth Joint Status Report in Response to ECF No. 34.

The Steward Bankruptcy is still pending and has not concluded. The stay has not been lifted with respect to Defendant de la Torre. With respect to Defendant Medical Properties Trust, Inc. ("MPT"), the parties agree that the claims against MPT were released pursuant to a global settlement agreement entered in the Steward Bankruptcy (the "Bankruptcy Settlement"), which was approved by the Bankruptcy Court on September 18, 2024 and took effect no later than November 20, 2024. Today, Plaintiff and Defendant MPT filed a Stipulation of Dismissal as to the claims against Defendant MPT. Moving forward, Plaintiff and Defendant de la Torre will submit these status reports every 60-days per the Court's order.

Dated: January 31, 2025

/s/ *Peter A. Moir*
Peter A. Moir
Texas Bar No. 14254500
peter.moir@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
1717 Main Street, Suite 3200
Dallas, TX 75201-7347
Telephone: (214) 466-4000
Facsimile: (214) 466-4001

Charles L. Solomont*
Massachusetts Bar No. 557190
carl.solomont@morganlewis.com
Andrew J. Gallo*
Massachusetts Bar No. 645739
andrew.gallo@morganlewis.com
Michael C. Polovich,*
Massachusetts Bar No. 708139
michael.polovich@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
One Federal Street
Boston, MA 02110-1726
Telephone: (617) 341-7700
Facsimile: (617) 341-7701

*\*Admitted pro hac vice*

*Attorneys For Plaintiff Aya Healthcare, Inc.*

*/s/ London England (w/ permission)*
**GRAY REED & MCGRAW LLP**
Scott Funk
State Bar No. 7550900
London England
State Bar No. 24110313
1601 Elm Street, Suite 4600
Dallas, Texas 75201
Telephone:  (214) 954-4135
Facsimile:  (214) 953-1332
Email:        sfunk@grayreed.com
                   lengland@grayreed.com

**KTBS LAW LLP**
David M. Stern *(pro hac vice)*
California Bar No. 67697
Samuel M. Kidder *(pro hac vice)*
California Bar No. 284015
1801 Century Park East, 26th Floor
Los Angeles, California 90067
Telephone:  (310) 407-4000
Facsimile:  (310) 407-9090
Email:        dstern@ktbslaw.com
                   skidder@ktbslaw.com

***Attorneys For Defendant Medical Properties Trust, Inc.***


*/s/ Will Thompson (w/ permission)*
**QUINN EMANUEL URQUHART & SULLIVAN LLP**
Will Thompson
3100 McKinnon St, Suite 1125
Dallas, Texas 75201
Telephone:  (469) 902-3600
Facsimile:  (469) 902-3610
Email:        willthompson@quinnemanuel.com

***Attorneys For Defendant Ralph de la Torre***

## CERTIFICATE OF SERVICE

    I certify that on January 31, 2025, the foregoing was filed and served using the Court's ECF system.

                                            */s/ Peter A. Moir*
                                              Peter A. Moir