IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| AYA HEALTHCARE, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> RALPH DE LA TORRE and MEDICAL PROPERTIES TRUST, INC., <br><br> *Defendants*. | Case No. 3:24-cv-00390-B |

## STIPULATION OF DISMISSAL AS TO DEFENDANT MEDICAL PROPERTIES TRUST, INC.

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Aya Healthcare, Inc. ("Plaintiff") and Defendant Medical Properties Trust, Inc. ("MPT") hereby stipulate that all claims asserted by Plaintiff against MPT in the above-captioned action are dismissed with prejudice, with each party bearing its own attorneys' fees and costs.

*[Signature pages follow]*

| | |
|---|---|
| Dated:  January 31, 2025 | */s/ Peter A. Moir*<br>Peter A. Moir<br>Texas Bar No. 14254500<br>peter.moir@morganlewis.com<br>**MORGAN, LEWIS & BOCKIUS LLP**<br>1717 Main Street, Suite 3200<br>Dallas, TX 75201-7347<br>Telephone: (214) 466-4000<br>Facsimile: (214) 466-4001<br><br>Charles L. Solomont*<br>Massachusetts Bar No. 557190<br>carl.solomont@morganlewis.com<br>Andrew J. Gallo*<br>Massachusetts Bar No. 645739<br>andrew.gallo@morganlewis.com<br>Michael C. Polovich,*<br>Massachusetts Bar No. 708139<br>michael.polovich@morganlewis.com<br>**MORGAN, LEWIS & BOCKIUS LLP**<br>One Federal Street<br>Boston, MA 02110-1726<br>Telephone: (617) 341-7700<br>Facsimile: (617) 341-7701<br><br>***Admitted pro hac vice***<br><br>***Attorneys For Plaintiff Aya Healthcare, Inc.*** |

<div style="margin-left: 3em;">

<u>*/s/ London England (w/ permission)*</u>
**GRAY REED & MCGRAW LLP**
Scott Funk
State Bar No. 7550900
London England
State Bar No. 24110313
1601 Elm Street, Suite 4600
Dallas, Texas 75201
Telephone:  (214) 954-4135
Facsimile:  (214) 953-1332
Email:        sfunk@grayreed.com
                  lengland@grayreed.com

**KTBS LAW LLP**
David M. Stern *(pro hac vice)*
California Bar No. 67697
Samuel M. Kidder *(pro hac vice)*
California Bar No. 284015
1801 Century Park East, 26th Floor
Los Angeles, California 90067
Telephone:  (310) 407-4000
Facsimile:  (310) 407-9090
Email:        dstern@ktbslaw.com
                  skidder@ktbslaw.com

***Attorneys For Defendant Medical Properties Trust, Inc.***

</div>

-3-