IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| AYA HEALTHCARE, INC., <br><br>    *Plaintiff*, <br><br>v. <br><br>RALPH DE LA TORRE and MEDICAL PROPERTIES TRUST, INC., <br><br>    *Defendants*. | Case No. 3:24-cv-00390-B |

## JOINT STATUS REPORT IN RESPONSE TO ECF NO. 34

On May 28, 2024, the parties[1] to the above captioned action filed their Stipulation to Stay Action in Its Entirety (ECF No. 33), requesting that this case be stayed as a result of Steward Health Care Systems, LLC and certain of its affiliates filing for Chapter 11 bankruptcy. *See In re: Steward Health Care System, LLC, et al.*, Case No. 24-90213 (Bankr. S.D. Tex.) (the "Steward Bankruptcy").

The Court, at ECF No. 34, stayed this action and further ordered the parties to submit a status report every 60 days. Accordingly, the parties hereby jointly submit this Fifth Joint Status Report in Response to ECF No. 34.

The Steward Bankruptcy is still pending and has not concluded. The stay has not been lifted with respect to Defendant de la Torre.

---

[1] Former Defendant Medical Properties Trust is no longer part of the case, pursuant to a Stipulation of Dismissal.

-1-

Dated: April 02, 2025

| | |
|---|---|
| */s/ Peter A. Moir* | */s/ Will Thompson (w/ permission)* |
| Peter A. Moir<br>Texas Bar No. 14254500<br>peter.moir@morganlewis.com<br>**MORGAN, LEWIS & BOCKIUS LLP**<br>1717 Main Street, Suite 3200<br>Dallas, TX 75201-7347<br>Telephone: (214) 466-4000<br>Facsimile: (214) 466-4001<br><br>Charles L. Solomont*<br>Massachusetts Bar No. 557190<br>carl.solomont@morganlewis.com<br>Andrew J. Gallo*<br>Massachusetts Bar No. 645739<br>andrew.gallo@morganlewis.com<br>Michael C. Polovich,*<br>Massachusetts Bar No. 708139<br>michael.polovich@morganlewis.com<br>**MORGAN, LEWIS & BOCKIUS LLP**<br>One Federal Street<br>Boston, MA 02110-1726<br>Telephone: (617) 341-7700<br>Facsimile: (617) 341-7701<br><br>**Admitted pro hac vice*<br><br>*Attorneys For Plaintiff Aya Healthcare, Inc.* | **QUINN EMANUEL URQUHART & SULLIVAN LLP**<br>Will Thompson<br>3100 McKinnon St, Suite 1125<br>Dallas, Texas 75201<br>Telephone:       (469) 902-3600<br>Facsimile:        (469) 902-3610<br>Email:<br>  willthompson@quinnemanuel.com<br><br>*Attorneys For Defendant Ralph de la Torre* |

### CERTIFICATE OF SERVICE

I certify that on April 02, 2025, the foregoing was filed and served using the Court's ECF system.

                                                 */s/ Peter A. Moir*
                                                   Peter A. Moir